# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine M. Guinn,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; JG Enterprise and Financial Services, Inc., a California corporation dba JD Enterprises and Financial Services; and Joseph Dassa aka Paul James, an individual who does business as JG Enterprise and Financial Services, Inc and JD Enterprises & Financial Services,<br><br>    Defendants. | Case No. 2:13-cv-03098-RGK-JC<br><br>DISCOVERY MATTER<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER AS MODIFIED |

After considering the Stipulation for Protective Order executed by all parties and upon good cause showing,

**IT IS HEREBY ORDERED THAT**:

The Stipulation is Granted with the following modifications:

1. In Paragraph 1, the word "testimony" is modified to read "deposition testimony.
2. In Paragraph 4, the phrase "shall file them with the clerk under seal" is modified to read "shall submit them for filing under seal with the clerk."

3. In Paragraph 4, the last sentence is modified to read as follows: "Any party submitting any document for filing under seal must comply with the presiding judge's procedures under the pilot project regarding the submission of sealed documents and, to the extent not inconsistent therewith, with Local Rule 79-5.

4. In Paragraph 5, the third word "transcripts" is modified to read "deposition transcripts" and the parenthetical in Paragraph 5 is modified to read as follows: "(including, but not limited to, all deposition testimony that refers, reflects, or otherwise discusses any information designated Confidential hereunder)".

5. In Paragraph 6, the word "transcript" is modified to read "deposition transcript".

6. In Paragraph 8, the word "enjoined" (which appears twice) is replaced with the word "prohibited".

7. In Paragraph 8, the word "transcript" (which appears twice) is modified to read "deposition transcript".

8. In Paragraph 11, the word "transcripts" in the second line is modified to read "deposition transcripts" and the phrase "trial, deposition, and hearing transcripts" is modified to read "deposition transcripts".

9. In Paragraph 11, the following phrase is inserted after "work product materials" in the first sentence: "and excluding any materials in the possession of the Court/Court personnel".

10. In Paragraph 12, the following phrase is inserted after "met and conferred": "and shall comply with Local Rules 37-1, et seq."

Dated: September 18, 2013           /s/
                                    _____
                                    Honorable Jacqueline Chooljian
                                    U.S. MAGISTRATE JUDGE